**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ORLANDO GARCIA,**<br><br>Plaintiff,<br><br>v.<br><br>**IPV, LLC** and **BUTTERFLY'S GIFT SHOP INC.,**<br><br>Defendants. | Case No. 4:21-cv-05935-YGR<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 33 |

On October 11, 2022, plaintiff informed the Court that he does not intend to amend his ADA claim. (Dkt. No. 33.) The Court declines to exercise supplemental jurisdiction over his remaining state law claim. Accordingly, that claim is **DISMISSED WITHOUT PREJUDICE**. The clerk of the court is instructed to close this case.

**IT IS SO ORDERED.**

Dated: October 11, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDG**